```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38694
   RONNIE THOMPSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8365

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/18/2004 and was confirmed 03/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
H-F CREDIT UNION          SECURED NOT I    4013.02              .00            .00
H-F CREDIT UNION          SECURED          9500.00          1561.82        9500.00
H-F CREDIT UNION          UNSECURED         987.99              .00          98.80
BANK ONE                  CURRENT MORTG        .00              .00            .00
FAIRBANKS CAPITAL CORP    CURRENT MORTG        .00              .00            .00
FAIRBANKS CAPITAL CORP    MORTGAGE ARRE   18475.18              .00       18475.18
SELECT PORTFOLIO SERVICI  UNSECURED       NOT FILED            .00            .00
B-LINE LLC/FNB OF MARIN   UNSECURED            .00              .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
PREMIER BANCARD CHARTER   UNSECURED        268.85              .00          26.89
HOUSEHOLD  BANK           UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     NOTICE ONLY     NOT FILED            .00            .00
RIDDLE & ASSOC PC         UNSECURED       NOT FILED            .00            .00
SELECT PORTFOLIO SERVICI  UNSECURED       NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        .00              .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     1,150.00                         1,150.00
TOM VAUGHN                TRUSTEE                                          1,788.02
DEBTOR REFUND             REFUND                                           1,317.97

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              33,918.68

PRIORITY                                        .00
SECURED                                   27,975.18
   INTEREST                                1,561.82
UNSECURED                                    125.69
ADMINISTRATIVE                             1,150.00
TRUSTEE COMPENSATION                       1,788.02
DEBTOR REFUND                              1,317.97

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 38694 RONNIE THOMPSON
```

```
                              ---------------    ---------------
TOTALS                             33,918.68          33,918.68
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/26/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |